EDWARD M. WOLKOWITZ, (State Bar No. 68298)
1888 Century Park East
Suite 1500
Los Angeles, CA 90067
(310) 277-7400

Chapter 7 Trustee


FILED
JUL -9 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

DR. KOOP LIFECARE, INC.,

        Debtor(s)

CASE NO. LA 01-47437-TD

CHAPTER 7

NOTICE OF UNCLAIMED DIVIDENDS
(FRBP 3011)

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 1230, in the sum of $11,461.29, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: July 5, 2007

                                  EDWARD M. WOLKOWITZ

Drkooplifecare/17357.001/uncl.div.doc

| NO. | CLAIMANT | AMOUNT | DIVIDEND |
|---|---|---|---|
| 16 | D. JORDI GOLDSTEIN-FUCHS<br>4871 ELKCREEK TRAIL<br>RENO, NV 89509 | $3,500.00 | $878.39 |
| 54 | TAMMY L SITERLET<br>36372 MEADOWBROOK<br>LIVONIA, MI 48154 | $1,050.00 | $263.51 |
| 37 | KRISTINE RADKE<br>5657 N PARENT<br>WLAND, MI 48185 | $868.00 | $217.83 |
| 43 | CHRISTOPHER PARKS<br>1752 WICKHAM ROAD<br>ROYAL OAK, MI 48073 | $6,301.80 | $1,166.99 |
| 45 | VERNA COVINGTON<br>2569 ELDORADO LANE<br>NAPERVILLE, IL 60564 | $9,638.10 | $927.95 |
| 47 | GENE SWEARINGER, JR.<br>6333 MONROE ROAD<br>OLIVET, MI 49076 | $868.00 | $217.83 |
| 65 | NICOLE KENNEY<br>1763 PATRICIA LANE<br>ST CHARLES, IL 60174 | $1,160.00 | $258.40 |
| 74 | KRISTEN MUDGE<br>3010 POINTE DRIVE<br>APT K<br>JACKSON, MI 49202 | $2,035.49 | $481.43 |
| 87 | SCOTT LOREK<br>13146 W PLAYFIELD ROAD<br>CRESTWOOD, IL 60445 | $3,098.62 | $423.61 |
| 94 | MARIANN JAGDFELD<br>126 MAYFIELD AVENUE NE<br>GRAND RAPIDS, MI 49503 | $3,357.18 | $684.22 |
| 106 | GENE VIOLA<br>7001 LAKEVIEW, APT 2303<br>WLAND, MI 48185 | $1,379.84 | $299.78 |
| 184 | BETH A NOBEL<br>30 WEDGEWOOD DR, APT 45<br>VERONA, NJ 07044 | $180.00 | $45.17 |
| 135 | MARTHA CLEMENTS<br>1923 SCOTTEN, APT #3<br>DETROIT, MI 48209 | $675.92 | $169.64 |
| 185 | KIMMARIE JOHNSON<br>324 PAULS AVE, APT 1 2ND FLOOR<br>JERSEY CITY, NJ 07306 | $2,503.53 | $628.29 |
| 190 | JAY R ROSSI<br>303 BROADWAY<br>BAYONNE, NJ 07002 | $2,671.97 | $635.19 |
| 193 | APRIL BENCEL<br>3801 GARDEN OAKS DRIVE, #292<br>NEW ORLEANS, LA 70114 | $986.63 | $247.61 |
| 209 | DERICK L PERNELL<br>26662 CARNEGIE PARK DRIVE<br>SOUTHFIELD, MI 48034 | $2,200.00 | $540.04 |
| 268 | VICKY PARTIN<br>307 N BOWEN STREET<br>JACKSON, MI 49202 | $2,417.31 | $533.06 |

| NO. | CLAIMANT | AMOUNT | DIVIDEND |
|---|---|---|---|
| 243 | LYDIE PIERSON<br>28 GATES AVE, APT 205<br>MONTCLAIR, NJ 07042 | $1,546.00 | $369.46 |
| 271 | BETHANY WINGERD<br>2400 LAKEVIEW DR, APT 1112<br>CHICAGO, IL 60614 | $4,227.92 | $540.60 |
| 302 | TERRI J MUTERSPAUGH<br>3517 SECOND STREET<br>SPRING ARBOR, MI 49283 | $730.25 | $75.22 |
| 303 | EILEEN COOPER (COOPER EILEEN)<br>8378 SUTIEPHENSON<br>ONSTED, MI 49265 | $2,456.52 | $616.50 |
| 118A | CRYSTAL PLAISANE<br>10100 N KELLY LANE<br>WAGGAMAN, LA 70094 | $2,736.55 | $602.33 |
| 63 | ANDREA D SMITH<br>547 CHERRY STREET SE<br>APT 1-K<br>GRAND RAPIDS, MI 49503 | $1,665.94 | $307.91 |
| 158 | SUSAN M BLOOM<br>3850 KENOWA AVENUE<br>GRANDVILLE, MI 49418 | $1,449.87 | $330.33 |

-3-

## DECLARATION OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the Bar of this Court, at whose direction the within service was made. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

On July 6, 2007, I served the following pleading: **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011),** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California, as follows:

Office of the U.S. Trustee
725 S Figueroa Street, 26th Fl
Los Angeles, CA 90017

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2007, at Los Angeles, California.

_____
LINDA RIESS