ORIGINAL

1  EDWARD M. WOLKOWITZ, (State Bar No. 68298)
   1888 Century Park East
2  Suite 1500
   Los Angeles, CA   90067
3  (310) 277-7400

4  Chapter 7 Trustee

**FILED**

**AUG 1 4 2007**

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

5

6

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                 **LOS ANGELES DIVISION**

10

11  In re                              CASE NO. 2:01-47437-TD

12  DR. KOOP LIFECARE, INC.,           CHAPTER 7

13                                     NOTICE OF UNCLAIMED DIVIDENDS
                  Debtor(s)            (FRBP 3011)
14

15      **TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

16      Please find annexed hereto, Check No. 1231, in the sum of

17  $1,384.37, representing the total amount of unclaimed dividend(s) in

18  the above-entitled debtor's estate which will create a zero balance in

19  the bank account. Said sum is paid over to you pursuant to Bankruptcy

20  Rule 3011. A list of the name(s), address(es), and amount(s) to be

21  paid to each person entitled to said unclaimed dividend is attached.

22

23  Dated: August 13, 2007

24                            _____

25                            EDWARD M. WOLKOWITZ

26

27

28

Drkooplifecare/17357.001/uncl.div2.doc

| NO. | CLAIMANT | AMOUNT | DIVIDEND |
|---|---|---|---|
| 78 | DENISE THRAILKILL<br>816 E MAPLE STREET<br>HOLLY, MI 48442 | $1,800.68 | $397.11 |
| 109 | WILLIAM MCNEIL<br>752 GARDEN STREET<br>CARLSTADT, NJ 07072-1635 | $560.00 | 140.54 |
| 211 | KEVIN S. RAPELJE<br>301 BOSTWICK<br>CHARLOTTE, MI 48813 | $1,090.00 | $261.00 |
| 228 | SHERYLYN TURNER<br>18099 BLACKMOOR<br>DETROIT, MI 48234 | $1,200.00 | $261.71 |
| 305 | HEIDI JOHNSON<br>12890 COLUMBIA<br>REDFORD, MI 48239 | $1,240.43 | $266.26 |
| 290 | CHANTEL DEJEAN COHEN<br>99 STANTON HALL<br>DESTREHAN, LA 70047 | $1,892.56 | $57.75 |

## DECLARATION OF SERVICE

I am over the age of eighteen years and not a party to the within action.  I am employed in an office that employs a member of the Bar of this Court, at whose direction the within service was made.  My business address is 1888 Century Park East, Suite 1500, Los Angeles, California  90067.

On August 13, 2007, I served the following pleading: **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011),** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California, as follows:

Office of the U.S. Trustee
725 S Figueroa Street, 26th Fl
Los Angeles, CA 90017

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2007, at Los Angeles, California.

LINDA RIESS